UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-11897-RGS

LINCOLN LATHAM

v.

CAROL MICI

ORDER

April 4, 2024

STEARNS, D.J.

On September 6, 2023, the court denied plaintiff Lincoln Latham's motion for leave to proceed *in forma pauperis* on the ground that he is a "three strikes" litigant and his claims did not show he was in imminent danger of serious physical harm.  Dkt # 5.  The court ordered him to pay the filing fee by October 16, 2023, or, in the alternative, show cause why 28 U.S.C. § 1915(g) did not bar him from proceeding without prepayment of the filing fee.

Instead of prepaying the fee or showing good cause why he should not be obligated to do so, Latham filed a notice of appeal.  Dkt # 7.  The court denied Latham's motion to appeal *in forma pauperis* on the ground that the appeal was not taken in good faith.  Dkt # 10.  On December 11, 2023, the First Circuit dismissed the appeal after Latham failed to either pay the appeal

fee in full or identify a legitimate reason why the appeal should be allowed to proceed despite the applicability of the "three strikes" provision of 28 U.S.C. § 1915(g). Dkt #19. The First Circuit issued its mandate on January 17, 2024. Dkt # 20.

Since the First Circuit issued its mandate more than two months ago, Latham has not made any effort to comply with the court's September 6, 2023 order regarding the filing fee. Accordingly, this action is DISMISSED for failure to pay the filing fee.

Latham's request for the clerk to file a notice of appeal to the United States Supreme Court, Dkt #21, is DENIED. Rule 18 of the Rules of the Supreme Court, which Plaintiff cites in his request, is applicable only when "a direct appeal from a decision of a United States district court is authorized by law." Sup. Ct. R. 18. A district court's order denying an *in forma pauperis* motion cannot be directly appealed to the Supreme Court. Instead, it may be directly appealed to the appropriate court of appeals. Thereafter, judicial review of the decision of the court of appeals may be sought by filing a petition for a writ of certiorari *directly with the Supreme Court*, although such petitions are rarely granted. *See* 28 U.S.C. § 1254; Sup. Ct. R. 10, 12.

Latham's other pending motions, Dkt ## 23, 24, are DENIED. Latham is not permitted to file any more documents in this action, although nothing in this order prevents him from filing documents related to an appeal of the order dismissing this action. The court will not take any action on any documents filed in violation of this order, and the court warns Latham that failure to comply with this order may result in sanctions.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE